UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                Case No. 22-CR-96

SERGIO S. EMERSON,

        Defendant.

**ORDER DENYING SECOND MOTION TO DISMISS**

      For the reasons set forth on the record at the March 30, 2023 hearing, Defendant's

Second Motion to Dismiss is denied.

      Dated at Green Bay, Wisconsin this 30th day of March, 2023.

                               s/ William C. Griesbach
                               William C. Griesbach
                               United States District Judge