UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 22-CR-96

SERGIO S. EMERSON,
a/k/a "Kayatennae Geronimo,"
a/k/a "Sergio Santos Garcia,"

    Defendant.

---

## ORDER RESCINDING PRIOR ORDER FOR TREATMENT PLAN

---

On November 21, 2023, the court received a report from the Federal Correctional Complex at Butner, North Carolina concluding that the defendant was no longer incompetent and no longer in need of medication to restore competency. Given this development, the court's order for an addendum to the forensic evaluation directing the Mental Health Department at FMC Butner to outline in detail the proposed treatment plan and provide further details pertinent to the remaining *Sell* factors is hereby rescinded.

The defendant is to be returned to this jurisdiction as soon as reasonably practical.

Dated at Green Bay, Wisconsin this <u>4th</u> day of December, 2023.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge